UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

Minutes of Proceedings before
**DONALD C. NUGENT**
United States District Judge

DATE: September 17, 2026

CASE NO. 5:26 CR 319

COURT REPORTER: Sue Trischan

ARRAIGNMENT

UNITED STATES OF AMERICA

-VS-

JODY L. MILLARD

APPEARANCES: Plaintiff: Pete Daly
Defendant: Joseph Gorman
Pretrial/Probation: Alonda Garth

PROCEEDINGS: The defendant is arraigned on Counts 1-35 of the Indictment. A plea of not guilty is entered on behalf of the defendant. Defendant released on $20,000, unsecured bond with standard/special conditions as directed. Trial order to issue.

s/ Steven Marshall
Courtroom Deputy

Length of Proceedings: 15 minutes